UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re
AHRON BERLIN

        Debtor

Chapter 7
Case No.1-12-43535-fj

------------------------------------------------------------X

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

ELLIOT ZARETSKY, HAROLD ZARETSKY,
SHIRLEY ZARETSKY and MAXI-AIDS INC
    Plaintiffs,
against
AARON BERLIN and FEIGE ZARETSKY
Defendants

INDEX 17869/08

**NOTICE OF REMOVAL**

----------------------------------------X

ELLIOT ZARETSKY, HAROLD ZARETSKY,
SHIRLEY ZARETSKY and MAXI-AIDS INC
    Plaintiffs,
against
**AARON BERLIN and** FEIGE ZARETSKY
And DORA BERLIN
Defendants

INDEX 13954/10

------------------------------------------------X

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
HAROLD R ZARETSKY,

    **Petitioner,**
Feige S Zaretsky
    **Respondent.**

File #:   535198
Docket #:   F-07098-08/IIL

------------------------------------------------------------X

### I. NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 155, 157, 1334 and 1452 and Rule 9027 of

the Federal Rules of Bankruptcy Procedure, Debtor, Ahron Berlin and,

Feige Zaretsky  hereby give notice that they have removed  all claims and

causes of action asserted in the action captioned

*ELLIOT ZARETSKY, HAROLD ZARETSKY, SHIRLEY ZARETSKY and MAXI-AIDS INC. V. AARON*

*BERLIN and FEIGE ZARETSKY,* INDEX 17869/08   and all claims and causes of action

asserted in the action captioned

*ELLIOT ZARETSKY, HAROLD ZARETSKY, SHIRLEY ZARETSKY and MAXI-AIDS INC. V. AARON BERLIN, FEIGE ZARETSKY and DORA BERLIN, INDEX 13954/10* now pending in the SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NASSAU

And all claims and causes of action asserted in the action captioned

*Harold R Zaretsky, Petitioner , v. Feige S Zaretsky, Respondent* now pending in the FAMILY COURT OF THE STATE OF NEW YORK COUNTY OF NASSAU

File #:535198 Docket #:  F-07098-08/11L CSMS #:  BK74082X1

("State Court Suits")

This removal is filed within 90 days of the filing of this bankruptcy case. Removing parties remove these cases pursuant to 28 U.S.C. § 1452(a) and Fed R. Bankr. P. 9027 and L.R. 9027-1 on the grounds set forth below.

The U.S. District Court for the Eastern District of New York and the Bankruptcy Court for the Eastern District of New York by reference have jurisdiction over the cases pursuant to 28 U.S.C. §§ 1334 and 157. The removed cases may be core, and some claims may be non-core. To the extent that any claims are non-core, under 28 U.S.C. 157, moving parties consent to the entry of final orders and judgment by the Bankruptcy Court.

The cases do not involve the enforcement of state police powers within meaning of 28 U.S.C. 1452.

The cases involve issues and claims which are related to the bankruptcy of Ahron Berlin case number 1-12-43535-fj filed on May 15,2012

Removal of the State Court Suits is appropriate pursuant to 28 U.S.C. 1452(a), Fed R. Bankr. P. 9027 and Local Bankruptcy Rule 9027.

## II. STATE COURT PLEADINGS.

The file in the State Court Cases is voluminous and attached hereto is the dockets for the cases. Pleadings can be supplied and filed in paper or digital form as directed by the Bankruptcy Court.

## III. TERMINATION OF STATE COURT PROCEEDINGS

Removals of these actions terminate all proceedings in the State Court Cases, See 28

Case 8-12-74600-reg    Doc 23    Filed 07/24/12    Entered 07/24/12 14:12:32

U.S.C. 1446(d).

    Wherefore, this matter is removed to the U.S. Bankruptcy Court for the District of Eastern District of New York

Dated this 7/27, 2012.

*[signature]*

<u>Ahrorn Berlin</u>

---

<u>Feige Zaretsky</u>

*[signature]*